IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**JASON BAYLESS & GINGER BAYLESS,** **PLAINTIFFS**
**INDIVIDUALLY, AND AS PERSONAL**
**REPRESENTATIVES OF THE ESTATE**
**OF ETHAN BAYLESS, DECEASED**

v. CIVIL ACTION NO. 2:05CV064-D-B

**FORD MOTOR COMPANY, a Delaware** **DEFENDANTS**
**Corporation, DOREL JUVENILE GROUP, INC.,**
**and COSCO, INC. d/b/a COSCO COMPANY**

## **AGREED ORDER**

This cause is before the Court on the request of Defendant Ford Motor Company to extend its May 15, 2006, expert designation deadline by thirty days. The Court, being advised there is no objection by the Plaintiffs, finds the request well taken and grants the request.

Accordingly, it is hereby Ordered that the Defendant Ford Motor Company shall designate expert witnesses on or before **June 14, 2006**.

SO ORDERED, this the 9th day of May, 2006.

/s/ Eugene M. Bogen
UNITED STATES MAGISTRATE JUDGE

**Agreed**:

   /s/ Mark Ledbetter
Mark Ledbetter
Attorney For Plaintiff

   /s/ Robert F. Walker
Robert F. Walker
Attorney For Defendant